

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00435-CV

**AUGLLE, L.L.C.**, Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis
Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE**, E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each
Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. All costs
of appeal are taxed against the party who incurred them. The clerk is ORDERED to immediately
issue the mandate. *See* TEX. R. APP. P. 18.1(c).

SIGNED November 10, 2015.

_____
Luz Elena D. Chapa, Justice